Submitted on briefs September 23, reversed and remanded October 5, 1926.

## STATE *v.* WILLIAM RADICK.

(249 Pac. 626.)

(No Syllabus.)

From Coos: JOHN C. KENDALL, Judge.

Department 1.

REVERSED AND REMANDED.

For appellant there was a brief over the names of *Messrs. Peck & Brand* and *Mr. J. F. Anderson.*

For respondent there was a brief over the name of *Mr. J. B. Bedingfield,* District Attorney.

BELT, J.—It has been stipulated that the decision of this court in the case of *State* v. *Tony Milosevich* shall be accepted as the decision in the above-entitled cause. Both cases were tried before the same court and jury and involve the same question on appeal.

In *State* v. *Tony Milosevich, ante,* p. 404 (249 Pac. 625), in an opinion this day rendered, the cause, on account of an erroneous instruction was reversed and remanded for a new trial. It follows that the same order will be entered herein.

REVERSED AND REMANDED.

McBRIDE, C. J., and BURNETT and COSHOW, JJ., concur.